**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No: 14-03263 |
| SILVIO J. GARIPPO, JR., | ) | Chapter: 7 |
| | ) | |
| | ) | Judge: Hon. Janet S. Baer |
| Debtor. | ) | |

**MOTION TO AVOID LIEN**
**IMPAIRING DEBTOR'S EXEMPTIONS**
**PURSUANT TO 11 UNITED STATES CODE, SECTION 522 (f)**

NOW COMES the Debtor, SILVIO J. GARIPPO, JR., (the "Debtor"), by and through his attorney, GREGORY D. BRUNO, and respectfully moves the Court to avoid a judicial lien impairing his exemptions. In support hereof, movant Debtor states as follows:

1.     The Debtor is 45 years of age; is a widower with three (3) children (respectively ages 16, 19 and 23), all of whom reside with the Debtor; the Debtor is presently unemployed for the past 15 years or so due to various medical disabilities; the Debtor's sole sources of income are SNAP Food Stamp benefits in the amount of $356.00 per month, and Social Security survivor's benefits in the amount of $1,185.00 per month, which are paid on account for the Debtor's 16-year old daughter. The Debtor's oldest son contributes approximately $400.00 per month towards payment of household and food expenses.

2.    On January 31, 2014, the Debtor commenced the within case by filing a voluntary petition (the "Petition") for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

3.    In his Petition, the Debtor disclosed that he was the sole owner of a three bedroom single-family real estate property (the "Real Property") located at 2727 N. 77th Avenue, Elmwood Park, llinois 60707; which Real Property was and still is the residence of the Debtor and his three children, and which has an approximate fair market value of $190,000.00.

4.    The legal description and property tax identification number of the Real Property is as follows:

**LOT 5 AND THE NORTH ONE HALF OF LOT 6 IN BLOCK 20 IN HENRY THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.**

**PIN:   15-03-435-005-0000**

5.    In his Petition, the Debtor disclosed that the Real Property was encumbered by a first mortgage (the "first mortgage") owing to JPMorgan Chase Bank in the approximate amount of $177,345.29.

6.    In his Petition, the Debtor disclosed that the Real Property was encumbered by a second mortgage/home equity line of credit (the "second mortgage") owing to FirstMerit Bank in the approximate amount of $23,946.42.

7.    One of the Debtor's creditors, namely:  GOTTLIEB MEMORIAL HOSPITAL,  claims a judicial lien (the "judicial lien") on the Real Property owned by the Debtor; said judicial lien having been created as a result of a judgment being entered in favor of GOTTLIEB MEMORIAL HOSPITAL and against the Debtor in the amount of

$23,236.10, plus costs, on February 26, 2009, in a collection lawsuit filed in the Circuit Court of Cook County, Illinois as Case No. 2008-M1-192445 ("the collection lawsuit").

8. Except for the aforesaid first mortgage of JPMorgan Chase Bank and the second mortgage of FirstMerit Bank, the aforementioned judicial lien is the only other lien on and against the Debtor's Real Property.

9. The judicial lien of GOTTLIEB MEMORIAL HOSPITAL impairs the homestead exemption to which the Debtor would have been entitled under 11 United States Code, Section 522 (b) in the Real Property otherwise owned and possessed by the Debtor.

10. On March 6, 2014, the Debtor appeared for examination by the Bankruptcy Trustee, Joseph A. Baldi, at the Section 341 Meeting of Creditors; which meeting was concluded without objection and/or further inquiry; and the Bankruptcy Trustee thereafter filed a Report of No Distribution.

WHEREFORE, the Debtor respectfully prays as follows:

A. That the aforesaid judicial lien of the creditor, GOTTLIEB MEMORIAL HOSPITAL, against the Debtor and his Real Property, be avoided and held for naught; and

B. For such other and further relief as the Court may deem just and proper.

Dated:   May 5,  2014                         */ Gregory D. Bruno*
                                                          GREGORY D. BRUNO
                                                          Attorney for Debtor

GREGORY D. BRUNO
Attorney for Debtor
1807 N. Broadway
Melrose Park, IL  60160
708-343-4544